Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CECIL SHAW, | No.  1:14-cv-00191-AWI-SKO |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| PACHECO PLAZA, LLC, a California limited liability company, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: May 16, 2014                              MOORE LAW FIRM, P.C.


                                                      */s/ Tanya E. Moore*
                                                      Tanya E. Moore
                                                      Attorneys for Plaintiff
                                                      Cecil Shaw

1

## **ORDER**

2        Good cause appearing,

3        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5   IT IS SO ORDERED.

6   Dated:   May 16, 2014        _____

7                                        SENIOR  DISTRICT  JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28